1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  Christopher T. Casamassima (SBN 211280)
   chris.casamassima@wilmerhale.com
3  350 South Grand Avenue, Suite 2400
   Los Angeles, CA 90071
4  Telephone: +1 213 443 5300
   Facsimile: +1 213 443 5400
5

6  *Attorneys for Defendant Facebook, Inc.*

7  LEVI & KORSINSKY, LLP
   Adam M. Apton (SBN 316506)
8  aapton@zlk.com
   388 Market Street, Suite 1300
9  San Francisco, CA 94111
   Telephone: 415-373-1671
10 Facsimile: 212-363-7171

11
   Mark S. Reich (*pro hac vice* to be filed)
12 mreich@zlk.com
   Courtney E. Maccarone (*pro hac vice* to be filed)
13 cmaccarone@zlk.com
   55 Broadway, 10th Floor
14 New York, NY 10006
   Telephone: 212-363-7500
15 Facsimile: 212-363-7171

16 *Attorneys for Plaintiffs and the Proposed Classes*

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                    **OAKLAND DIVISION**

20

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:21-cv-06186-JSW |
| | ORDER GRANTING **JOINT STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| vs. | Complaint Filed: August 11, 2021 |
| FACEBOOK, INC., | |
| Defendant. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Christopher Calise and Anastasia Groschen, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Facebook, Inc. ("Defendant") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on August 11, 2020;

WHEREAS, Defendant agreed to accept service of the Complaint and Summons;

WHEREAS, Defendant currently has until at least September 3, 2021 to answer or respond to Plaintiffs' Complaint;

WHEREAS, Defendant has requested and Plaintiffs have consented to an extension of time for Facebook, Inc.'s answer or response to Plaintiffs' Complaint;

WHEREAS, Plaintiffs have requested and Defendant has consented to an extension of time for Plaintiffs to file an opposition to any motion or pleading other than an Answer in response to the Complaint;

WHEREAS, Defendant has requested and Plaintiffs have consented to an extension of time for Facebook, Inc. to file a reply to any motion or pleading other than an Answer in response to the Complaint;

WHEREAS, good cause exists for this extension as defense counsel requires time to investigate the allegations in Plaintiffs' Complaint and prepare an initial filing;

WHEREAS, Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-1 of the Northern District of California Civil Local Rules permit this Court to extend the time period to respond to the Complaint;

WHEREAS, there has been no prior extension of time to respond to the Complaint; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their undersigned counsel, as follows:

1. The time for Facebook, Inc. to file and serve its response to the Complaint shall be extended to October 8, 2021.

2. In the event that Facebook Inc. files any motion or pleading other than an Answer in response to the Complaint, Plaintiffs' opposition shall be filed and served by November 22, 2021, and Facebook, Inc.'s reply shall be filed and served by December 20, 2021.

Dated: August 20, 2021                                    Respectfully submitted,

By: /s/ Christopher T. Casamassima
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Christopher T. Casamassima
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendant Facebook, Inc.*

DATED: August 20, 2021        By: /s/ Adam M. Apton
LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171

Mark S. Reich (*pro hac vice* to be filed)
mreich@zlk.com
Courtney E. Maccarone (*pro hac vice* to be filed)
cmaccarone@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
*Attorneys for Plaintiffs and the Proposed Classes*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The time for Facebook, Inc. to file and serve its response to the Complaint shall be extended to October 8, 2021.

2. In the event that Facebook Inc. files any motion or pleading other than an Answer in response to the Complaint, Plaintiffs' opposition shall be filed and served by November 22, 2021, and Facebook, Inc.'s reply shall be filed and served by December 20, 2021.

DATED: September 1, 2021        By: *Jeffrey S. White*
                                   JEFFREY S. WHITE
                                   United States District Judge

[PROPOSED] ORDER
4:21-cv-06186-JSW