LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171

Mark S. Reich (admitted *pro hac vice*)
mreich@zlk.com
Courtney E. Maccarone (admitted *pro hac vice*)
cmaccarone@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171

*Attorneys for Plaintiffs and the Proposed Classes*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:21-cv-06186-JSW<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 11, 2021<br><br>Hon. Jeffrey S. White |

**STIPULATION**

Pursuant to Civil Local Rules 6-2(a) and 7-12 of the Northern District of California Civil Local Rules, Plaintiffs Christopher Calise and Anastasia Groschen, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Facebook, Inc. ("Defendant") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on August 11, 2020;

WHEREAS, Defendant agreed to accept service of the Complaint and Summons;

WHEREAS, Defendant had until at least September 3, 2021 to answer or respond to Plaintiffs' Complaint;

WHEREAS, on August 20, 2021, the parties stipulated to extend time for Defendant to answer or respond to Plaintiffs' Complaint;

WHEREAS, on September 1, 2021, the Court granted the parties' stipulation which set forth the following schedule:

- The time for Defendant to file and serve its response to the Complaint was extended to October 8, 2021;
- The deadline for Plaintiffs to file and serve any opposition was set for November 22, 2021; and
- The deadline for Defendant to file and serve a reply was set for December 20, 2021 (Docket 19);

WHEREAS, in order accommodate a death in the family of Plaintiffs' counsel, good cause exists for the extension requested below;

**Motion to Dismiss Schedule**

WHEREAS, on October 8, 2021, Defendant filed a motion to dismiss (Doc. 20);

WHEREAS, Plaintiffs' opposition to Defendant's motion to dismiss is currently due on November 22, 2021;

WHEREAS, Plaintiffs have requested an extension to file their opposition to Defendant's motion to dismiss and Defendant has consented to an extension;

1    WHEREAS, Defendant has likewise requested and Plaintiffs have consented to an extension for Defendant to file a reply to Defendant's motion to dismiss, to avoid the intervening holidays;

WHEREAS, the hearing date on Defendant's motion to dismiss is currently set for January 28, 2022;

WHEREAS, an extension will not affect the hearing date on Defendant's motion to dismiss, subject to the Court's agreement;

**Discovery**

WHEREAS, Defendant has informed Plaintiffs of its intention to request a stay of all discovery in this action pending determination of Defendant's motion to dismiss;

WHEREAS, Plaintiffs shared a draft of their First Set of Requests for Production of Documents with Defendant on October 6, 2021, in an effort to reach agreement on narrowing the scope of written discovery pending determination of Defendant's motion to dismiss;

WHEREAS, to resolve the parties' dispute concerning discovery pending determination of Defendant's motion to dismiss, the parties have agreed to submit a joint letter brief, pursuant to the Court's Civil Standing Order No. 7, to be filed no earlier than a week after Plaintiffs file their opposition to Defendant's motion to dismiss;

**Case Management Conference**

WHEREAS, on August 24, 2021, the Court set the Case Management Conference to take place on November 12, 2021 at 11:00 a.m. and set the deadline to file the Case Management Statement on November 5, 2021 (Doc. 12);

WHEREAS, the parties agree that for efficiency and the conservation of judicial resources, the Case Management Conference should be adjourned until a date after determination of Defendant's request to stay discovery.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their undersigned counsel, as follows:

1. Plaintiffs' opposition shall be filed and served by December 6, 2021.
2. Defendant's reply shall be filed and served by January 10, 2022.
3. The hearing on Defendant's motion to dismiss shall remain on January 28, 2022.
4. The Case Management Conference shall be adjourned to a date after determination of Defendant's request to stay discovery.

Dated: October 26, 2021          Respectfully submitted,

By: /s/ Mark S. Reich
LEVI & KORSINSKY, LLP
Mark S. Reich (admitted *pro hac vice*)
mreich@zlk.com
Courtney E. Maccarone (admitted *pro hac vice*)
cmaccarone@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171

Adam M. Apton (SBN 316506)
aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
*Attorneys for Plaintiffs and the Proposed Classes*

By: /s/ Christopher T. Casamassima
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Christopher T. Casamassima
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendant Facebook, Inc.*

**ATTESTATION**

In accordance with Civ. L.R. 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: October 26, 2021         By: */s/ Mark S. Reich*
                                     Mark S. Reich

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Plaintiffs' opposition to Defendant's motion to dismiss shall be filed and served by December 6, 2021.
2. Defendant's reply shall be filed and served by January 10, 2022.
3. The hearing on Defendant's motion to dismiss shall remain on January 28, 2022.
4. The Case Management Conference shall be adjourned to a date after determination of Defendant's request to stay discovery.

DATED: _____        By:_____
                                                              Hon. Jeffrey S. White
                                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 26, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.

*/s/ Mark S. Reich*
Mark S. Reich