| | |
|---|---|
| 1 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | CHRISTOPHER CHORBA, SBN 216692<br>SAMUEL ECKMAN, SBN 308923 |
| 3 | JEREMY WEESE, SBN 336180<br>333 South Grand Avenue |
| 4 | Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000 |
| 5 | Facsimile:   213.229.7520<br>cchorba@gibsondunn.com |
| 6 | seckman@gibsondunn.com<br>jweese@gibsondunn.com |
| 7 | ROSEMARIE RING, SBN 220769 |
| 8 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| 9 | Telephone: 415.393.8247<br>Facsimile:   415.374.8527 |
| 10 | rring@gibsondunn.com |
| 11 | Attorneys for Defendant FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>                     Defendant. | CASE NO. 4:21-cv-06186-JSW<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT; [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: August 11, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

PLEASE TAKE NOTICE that Defendant Facebook, Inc. has retained Gibson Dunn & Crutcher LLP to substitute as counsel for the above-captioned matter. Withdrawing counsel for Defendant Facebook, Inc. are:

Sonal N. Mehta (SBN: 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Christopher T. Casamassima (SBN: 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Facebook, Inc.:

CHRISTOPHER CHORBA, SBN 216692
    cchorba@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
    seckman@gibsondunn.com
JEREMY WEESE, SBN 336180
    jweese@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ROSEMARIE RING, SBN 220769
    rring@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8247
Facsimile:      415.374.8527

1    The undersigned parties consent to the above withdrawal and substitution of counsel.

2  Dated: November 4, 2021

3                                                                          FACEBOOK, INC.

4

5                                                                          By: /s/ signature

6

7

8  Dated: November 4, 2021

9                                                                          GIBSON, DUNN & CRUTCHER LLP

10

11                                                                         By: /s/ signature

12

13

14  Dated: November 3, 2021

15                                                                         WILMER CUTLER PICKERING HALE AND
                                                                           DORR LLP
16

17

18                                                                         By: /s/ signature

19                                                                              Christopher T. Casamassima

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 11-5**

I, Christopher Chorba, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

By: _____

[~~XXXXXXXXX~~] **[PROPOSED] ORDER**

The above withdrawal and substitution of counsel for Defendant Facebook, Inc. is **GRANTED**.

**IT IS SO ORDERED**.

DATED: November 4, 2021

_____
The Honorable Jeffrey S. White
United States District Court Judge