GIBSON, DUNN & CRUTCHER LLP
ROSEMARIE RING, SBN 220769
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8247
Facsimile:    415.374.8527
rring@gibsondunn.com

CHRISTOPHER CHORBA, SBN 216692
SAMUEL ECKMAN, SBN 308923
JEREMY WEESE, SBN 336180
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520
cchorba@gibsondunn.com
seckman@gibsondunn.com
jweese@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.
(formerly known as Facebook, Inc.)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | CASE NO. 4:21-cv-06186-JSW<br>**ORDER APPROVING DEFENDANT FACEBOOK, INC.'S NOTICE OF NAME CHANGE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: August 11, 2021 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendant Facebook, Inc.'s legal name has changed to Meta Platforms, Inc.  This change became effective with the filing of an amended and restated certificate of incorporation filed with the Delaware Secretary of State on October 28, 2021.

Dated: November 15, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____ */s/ Christopher Chorba*_____
Christopher Chorba

*Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

**IT IS SO ORDERED.**

Date:  November 29, 2021

_____
HON. JEFFREY S. WHITE
United States District Judge