UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CALISE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 21-cv-06186-JSW <br><br> **JUDGMENT** |

Pursuant to this Court's order issued April 27, 2022 granting Defendant's motion to dismiss, the Court HEREBY ENTERS judgment in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
JEFFREY S. WHITE
United States District Judge