**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

Mark S. Reich (admitted *pro hac vice*)
Courtney E. Maccarone (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

META PLATFORMS, INC.

Defendant.

Case No.  4:21-cv-06186-JSW

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Hon. Jeffrey S. White

1    Plaintiffs Christopher Calise and Anastasia Groschen give notice that they appeal to the

2   United States Court of Appeals for the Ninth Circuit from the Court's Final Judgment, Dkt. No.

3   44, entered on May 18, 2022, and from all opinions and orders that merge therein.

4    Plaintiffs' Representation Statement is attached to this notice as required by Ninth

5   Circuit Rule 3-2(b).

6   DATED: June 16, 2022                Respectfully submitted,

7                                       **LEVI & KORSINSKY, LLP**

8                                       By: /s/ Mark S. Reich
                                        Mark S. Reich (admitted *pro hac vice*)
9                                       Courtney E. Maccarone (admitted *pro hac vice*)
                                        55 Broadway, 10th Floor
10                                      New York, NY 10006
                                        Telephone: 212-363-7500
11                                      Facsimile: 212-363-7171
                                        Email: mreich@zlk.com
12                                      Email: cmaccarone@zlk.com

13
                                        Adam M. Apton (SBN 316506)
14                                      388 Market Street, Suite 1300
                                        San Francisco, CA 94111
15                                      Telephone: 415-373-1671
                                        Facsimile: 212-363-7171
16                                      Email: aapton@zlk.com

17

18

19

20

21

22

23

24

25

26

27

28

1

### REPRESENTATION STATEMENT

2        The undersigned represent Plaintiffs Christopher Calise and Anastasia Groschen and no

3 other party.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit

4 Rule 3-2(b), Plaintiffs submit this Representation Statement.  The following list identifies the

5 parties to the action, and it identifies their respective counsel by name, firm, address, telephone

6 number, fax number (where available), and e-mail where appropriate.

7        Defendant-appellee Meta, Inc.is represented by:

8   Rosemarie Ring (SBN 220769)            Christopher Chorba (SBN 216692)
    GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
9   555 Mission Street, Suite 3000         333 South Grand Avenue
    San Francisco, CA 94105-0921           Los Angeles, CA 90071-3197
10  Telephone: 415.393.8247                Telephone: 213.229.7000
    Facsimile: 415.374.8527                Facsimile: 213.229.7520
11  rring@gibsondunn.com                   cchorba@gibsondunn.com

12  Samuel Eckman (SBN 308923)             Jeremy Weese (SBN 336180)
    GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
13  333 South Grand Avenue                 333 South Grand Avenue
    Los Angeles, CA 90071-3197             Los Angeles, CA 90071-3197
14  Telephone: 213.229.7000                Telephone: 213.229.7000
    Facsimile: 213.229.7520                Facsimile: 213.229.7520
15  seckman@gibsondunn.com                 jweese@gibsondunn.com

16

17 Dated: June 16, 2022                    **LEVI & KORSINSKY, LLP**

18                                         By: */s/ Mark S. Reich*
                                           Mark S. Reich (admitted *pro hac vice*)
19                                         Courtney E. Maccarone (admitted *pro hac vice*)
                                           55 Broadway, 10th Floor
20                                         New York, NY 10006
                                           Telephone: 212-363-7500
21                                         Facsimile: 212-363-7171
                                           Email: mreich@zlk.com
22                                         Email: cmaccarone@zlk.com

23

24                                         Adam M. Apton (SBN 316506)
                                           388 Market Street, Suite 1300
25                                         San Francisco, CA 94111
                                           Telephone: 415-373-1671
26                                         Facsimile: 212-363-7171
                                           Email: aapton@zlk.com

27

28