Adam M. Apton (State Bar No. 316506)
**LEVI & KORSINSKY LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

Mark S. Reich (admitted *pro hac vice*)
Courtney E. Maccarone (admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall, 17th Floor
New York, NY 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
         cmaccarone@zlk.com

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 4:21-cv-06186-JSW<br><br><br><br>**SUGGESTION OF DEATH OF PLAINTIFF ANASTASIA GROSCHEN** |

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, counsel for Plaintiffs in the above-referenced action suggests upon the record the death of Plaintiff Anastasia Groschen on October 11, 2024.

DATED:  December 16, 2024

Respectfully submitted,

**LEVI & KORSINSKY LLP**

By: */s/ Mark S. Reich*

Mark S. Reich (admitted *pro hac vice*)
Courtney E. Maccarone (admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall, 17th Floor
New York, NY 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
          cmaccarone@zlk.com

Adam M. Apton (State Bar No. 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

*Attorneys for Plaintiff and the Proposed Classes*

2