1  CHRISTOPHER CHORBA, SBN 216692
   SAMUEL ECKMAN, SBN 308923
2  JEREMY WEESE, SBN 336180
   333 South Grand Avenue
3  Los Angeles, CA  90071-3197
   Telephone:     213.229.7000
4  Facsimile:      213.229.7520
   cchorba@gibsondunn.com
5  seckman@gibsondunn.com
   jweese@gibsondunn.com
6
7  *Attorneys for Defendant Meta Platforms, Inc.
   (formerly known as Facebook, Inc.)*

   LEVI & KORSINSKY, LLP
   Adam M. Apton (SBN 316506)
   aapton@zlk.com
   388 Market Street, Suite 1300
   San Francisco, CA 94111
   Telephone: 415-373-1671
   Facsimile: 212-363-7171

   Mark S. Reich (admitted *pro hac vice*)
   mreich@zlk.com
   33 Whitehall Street, 27th Floor
   New York, NY 10004
   Telephone: 212-363-7500
   Facsimile: 212-363-7171

   *Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br>Defendant. | Case No.  4:21-cv-06186-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>Complaint Filed:  August 11, 2021<br><br>Hon. Jeffrey S. White |

**STIPULATION**

Pursuant to Civil Local Rules 6-2(a) and 7-12 of the Northern District of California Civil Local Rules, Plaintiffs Christopher Calise, Terri Bohl, and Noah Faerber, and Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Class Action Complaint on December 20, 2024;

WHEREAS, on February 18, 2025, Defendant filed a Motion to Dismiss (Dkt. 57);

WHEREAS, on September 22, 2025, the Court granted in part and denied in part Defendant's Motion to Dismiss (Dkt. 62);

WHEREAS, on September 22, 2025, the Court also set the deadline to file Defendant's Answer to the Amended Class Action Complaint for October 13, 2025, set the deadline to file the Case Management Statement for October 17, 2025, and scheduled a Further Case Management Conference to take place on October 24, 2025 at 9:00 a.m. (Dkt. 62);

WHEREAS, Defendant has requested an extension to file its Answer, and Plaintiffs have consented to an extension;

WHEREAS, the parties conferred and checked the Court's availability, and respectfully request that the Court continue the Further Case Management Conference to November 21, 2025 at 9:00 a.m. and move the deadline to file the Case Management Statement to November 14, 2025;

WHEREAS, other than this stipulation, Defendant has not previously requested an extension to file its Answer to the Amended Class Action Complaint;

WHEREAS, other than this stipulation, the parties have not previously requested a continuance of this status conference;

WHEREAS, the parties agree that good cause exists for a continuance of the Case Management Conference and deadlines for the Case Management Statement and Defendant's Answer; and

WHEREAS, the requested relief will not prejudice any party, cause undue delay, or affect any other case deadlines.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their undersigned counsel, as follows:

1. Defendant's Answer to the Amended Class Action Complaint shall be filed and served by October 27, 2025.

2. The Joint Case Management Statement shall be filed and served by November 14, 2025.

3. The Further Case Management Conference shall be continued from October 24, 2025 at 9:00 a.m to November 21, 2025 at 9:00 a.m, or at a date thereafter at the Court's convenience.

Dated: October 10, 2025                    Respectfully submitted,

                                           By:          /s/ Christopher Chorba
                                                      Christopher Chorba

                                                *Attorneys for Defendant Meta Platforms, Inc.*
                                                *(formerly known as Facebook, Inc.)*

                                           By:          /s/ Mark S. Reich
                                                        Mark S. Reich

                                                *Attorneys for Plaintiffs and the Proposed Classes*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 10, 2025        By: _____
                                   Hon. Jeffrey S. White
                                   United States District Judge