NETCHOICE
GABRIELA G. BETHENCOURT (SBN: 320693)
1401 K Street Northwest, Suite 502
Washington, District of Columbia 20005
(202)827-7594
gbethencourt@netchoice.org

*Attorney for Amicus Curiae NetChoice*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CHRISTOPHER CALISE and ANASTASIA GROSCHEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

CASE NO. 4:21-CV-06186-JSW

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B)**

Hearing

Date: February 6, 2026
Time: 9:00 A.M.
Location: 1301 Clay Street
Courtroom 5
Oakland, CA 94612

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday, February 6, 2026 or as soon thereafter as the matter may be heard in the Ronald V. Dellums Federal Building & United States Courthouse, Northern District of California, Oakland Division, located at 1301 Clay Street, Courtroom 5, Oakland, California 94612, movant NetChoice will, and hereby does, move for an order permitting it to file a brief as amicus curiae on Defendant's pending Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. §1292(b), Dkt. 71.

This motion is made under the grounds that it is within this Court's discretion to accept briefs of amicus curiae and, in general, "courts have exercised great liberality in permitting amicus briefs." *California ex rel. Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (internal marks and citation omitted). Because this brief provides arguments "concerning legal issues that have potential ramifications beyond the parties directly involved" and that will be "help[ful]" to the Court from amicus's "unique . . . perspective," *Sonoma Falls Devs., LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (citation omitted), NetChoice files this amicus curiae brief in support of Defendant's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. §1292(b).

The brief of amicus curiae NetChoice, attached herein as Exhibit A, will be helpful to the court because NetChoice is national trade association of online businesses that share the goal of promoting free enterprise and free expression on the Internet, including online businesses that use terms of service and community standards like the ones at issue here. Moreover, it supports the contentions Defendant makes in its Motion with additional arguments and authority that NetChoice believes the Court will find informative. Finally, this application is timely and will not unduly prejudice Plaintiffs or the schedule in this case. The application and accompanying brief were filed well in advance of the hearing date on Defendant's motion.

Prior to filing this motion, on November 14, 2025, NetChoice contacted counsel for each party regarding their position on this motion for leave to file an amicus curiae brief. Defendant consents to this motion. Plaintiffs declined to take a position on the motion.

Respectfully submitted,

DATED: November 18, 2025

NETCHOICE

*<u>/s/ Gabriela G. Bethencourt</u>*
Gabriela G. Bethencourt

Attorney for Amicus Curiae
NETCHOICE

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 18, 2025, I electronically filed the foregoing Notice of Motion and Motion for Leave to File Amicus Curiae Brief with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: November 18, 2025 Respectfully submitted,

/s/ *Gabriela G. Bethencourt*
Gabriela G. Bethencourt