United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CALISE, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 21-cv-06186-JSW

**ORDER REGARDING SUBMISSION REGARDING STAY PENDING INTERLOCUTORY APPEAL**

Re: Dkt. Nos. 83, 93

In its order dated January 8, 2026, the Court instructed the parties to meet and confer and to inform the Court by joint submission within five court days of resolution of the petition for interlocutory appeal whether the Court should order a stay pending appeal. (Dkt. No. 83.) According to the parties' joint submission dated April 1, 2026, they were unable to reach agreement. (Dkt. No. 93.) Therefore, the Court HEREBY ORDERS the parties to meet and confer and set an appropriate hearing date available on the Court's calendar for a motion to stay pending interlocutory appeal and agree to a briefing schedule which affords the Court at least three weeks before the hearing to review all of the parties' submissions.

///

///

In the meanwhile, the parties are HEREBY ORDERED to conclude their negotiations over the Protective Order and ESI Protocol (but defer submitting any disputes until the appeal is concluded) and to exchange their Rule 26(a)(1) Initial Disclosures on the agreed deadline of April 24, 2026.

**IT IS SO ORDERED.**

Dated: April 3, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California